HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HELEN R. RUBIO,<br><br>    Plaintiff,<br><br>v.<br><br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:25-cv-02440-WBS-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a sixty (60) day extension of time until March 3, 2026, in which to e-file her Motion for Summary Judgment which is due on January 2, 2026. Defendant shall file any opposition, including cross-motion, on or before April 2, 2026. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for the United States District Courts and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated:   December 22, 2025                          */s/HARVEY P. SACKETT*

1

STIPULATION AND ORDER

HARVEY P. SACKETT
Attorney for Plaintiff
HELEN R. RUBIO

Dated:   December 22, 2025

*/s/OSCAR GONZALEZ DE LLANO*
OSCAR GONZALEZ DE LLANO
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 12/22/25]

IT IS ORDERED.

Dated: December 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER

2